**IN THE UNITED STATES DISTRICT COURT**

**FOR THE STATE OF ARIZONA**

| | |
|---|---|
| Betty Jane Foster, a married woman, | **CV-09-8161-PCT-PGR** |
| Plaintiff, | |
| v. | **ORDER GRANTING**<br>**EXTENSION OF TIME** |
| Zurich American Insurance Company, a foreign corporation, Jani Lehane, an employee of Zurich American Insurance Company, John Doe Driver, the driver of the subject vehicle, Jane Does I-V, John Does II-V, White Corporations, I-V; Gray LLC and Black Partnerships I-V, | |
| Defendants. | |

Pursuant to the parties' Stipulation for Extension of Time (doc. #18) and good cause appearing,

IT IS ODERED that Defendants shall have an extension of time until November 19, 2009 in which to file the following:

(1) Defendants' Response to Plaintiff's Motion to Remand,

(2) Defendants' Response to Plaintiff's Motion to Amend (First) Amended Complaint and/or to Join a Necessary Party, and Memorandum in Support of Same, and

1    (3) Defendants' Reply to Plaintiff's Response to Motion to Dismiss Counts 1-5 of

2  Plaintiff's Amended Complaint, Pursuant to Fed.R.Civ.P. 12 (B)(6), for Failure to State a

3  Claim Upon Which Relief may be Granted.

4    DATED this 28th day of October, 2009.

5

6

    Paul G. Rosenblatt
7    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26